# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lafferty, William J. | Bankruptcy Court, Northern District of California | 7/31/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

1300 Clay Street, Room 220
Oakland, CA 94612

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust No. 1 |
| 2. | Partner, various Howard Rice Investment Funds | Howard Rice Investments Funds, 01-09 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/1/98 | ▨ Trust |
| 2. | 3/1/93 | Filer and Howard Rice et al |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 7/31/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | The Permanente Medical Group--Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | October 30-November 2, 2013 | Atlanta, GA | Attend Annual meeting of NCBJ | Two Nights Hotel Stay, total S408.32 |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 7/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. I. Filer (H) | | | | | | | | | |
| 2. Charles Schwab Bank, Deposit Account | A | Interest | M | T | | | | | |
| 3. CBS Corp., Common Stock | A | Dividend | J | T | | | | | |
| 4. Dreyfus Growth & Income Mutual Fund | A | Int./Div. | J | T | | | | | |
| 5. Howard Rice Investment Fund 01 (no control) | B | Distribution | J | U | | | | | |
| 6. Howard Rice Investment Fund 02 (no control) | | None | J | U | | | | | |
| 7. Howard Rice Investment Fund 03 (no control) | | None | J | U | | | | | |
| 8. Howard Rice Investment Fund 04 (no control) | | None | J | U | | | | | |
| 9. Howard Rice Investment Fund 05 (no control) | | None | J | U | | | | | |
| 10. Howard Rice Investment Fund 06 (no control) | | None | J | U | | | | | |
| 11. Howard Rice Investment Fund 07 (no control) | | None | J | U | | | | | |
| 12. Howard Rice Investment Fund 08 (no control) | | None | J | U | | | | | |
| 13. Howard Rice Investment Fund 09 (no control) | | None | J | U | | | | | |
| 14. Howard Rice Profit Sharing Plan (no control) | E | Int./Div. | | | Sold | 03/15/13 | O | A | See Part VIII |
| 15. Howard Rice 401(k) Match (no control) | E | Int./Div. | | | Sold | 03/15/13 | N | A | See Part VIII |
| 16. III. Trust No. 1 (H) | | | | | | | | | |
| 17. Real property, Orinda, CA | | None | N | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IV. Other Non-Trust (H) | | | | | | | | | |
| 19. Rental Property, Alameda, CA | E | Rent | O | W | | | | | |
| 20. Rental Property, Ventura, CA, | C | Rent | N | W | | | | | |
| 21. Schwab Money Market Fund: SWMXX | A | Int./Div. | M | T | Buy (add'l) | 12/30/13 | M | | See Part VIII |
| 22. Vanguard Total Intl Stock Market Index Fund: VGTSX | A | Int./Div. | J | T | | | | | |
| 23. Vanguard Total Stock Market Index Fund: VTSMX | A | Int./Div. | K | T | | | | | |
| 24. Capital One (savings) | B | Interest | | | Closed | 12/30/13 | M | A | See Part VIII |
| 25. Barclays Bank | A | Interest | M | T | Open | 12/30/13 | M | | See Part VIII |
| 26. Wells Fargo Bank (Deposit Account) | A | Interest | J | T | Sold (part) | 12/30/13 | M | A | See Part VIII |
| 27. Cross Timbers Partnership | A | Dividend | J | T | | | | | |
| 28. Scwab Short-Term Bond Market Funds SWBDX | A | Int./Div. | J | T | | | | | |
| 29. Retirement Accounts A (H) Permanente | | | | | | | | | |
| 30. 1. TPMG Salary Deferral (H) | | | | | | | | | |
| 31. BTC US Equity Market | C | Int./Div. | L | T | | | | | |
| 32. Cap Group International Equity, fka Cap Guardian, etc. (Y) | | | | | | | | | |
| 33. TPMG Target DT 2020 | C | Int./Div. | K | T | | | | | |
| 34. FID MIP II CL 3 (Y) | | | | | | | | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 7/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FR Fixed Income Retirement (Permanente) | C | Int./Div. | L | T | | | | | |
| 36. TPMI International Foreign Fund (new) | A | Int./Div. | K | T | | | | | |
| 37. 2. Permanente Employer Contribution Plan (H) | | | | | | | | | |
| 38. BTC US Equity Market | B | Int./Div. | M | T | | | | | |
| 39. Cap Group International Equity, fka Cap Guardian International Equity | C | Int./Div. | K | T | | | | | |
| 40. TPMG Target DT 2020 | B | Int./Div. | J | T | | | | | |
| 41. FR Fixed Income Employer Retirement Plan Permanente | B | Int./Div. | K | T | | | | | |
| 42. TMPL International Foreign Fund, fka TMPI International, etc. | A | Int./Div. | J | T | | | | | See Part VIII |
| 43. 3. Kaiser Foundation Health Plan (H) | | | | | | | | | |
| 44. (a) Plan B (H) | | | | | | | | | |
| 45. Vanguard Wellington Fund, Inv | D | Int./Div. | L | T | | | | | |
| 46. Vanguard Total Bond Mkt 1x 1st Plus (See text VIII) | A | Int./Div. | K | T | | | | | |
| 47. Vanguard 1st Tt St. Mkt Inx 1st Plus (See text VIII) | C | Int./Div. | M | T | | | | | |
| 48. KP Growth Equity Fund | E | Int./Div. | N | T | | | | | |
| 49. KP Interest Income Fund | A | Int./Div. | J | T | | | | | |
| 50. (b) TSA (H) | | | | | | | | | |
| 51. Vanguard Wellington Fund, Inv | E | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 7/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Stable Income Fund | A | Int./Div. | K | T | | | | | |
| 53. Janus Adviser Forty 1 | D | Int./Div. | | | Closed | 08/09/13 | L | A | See Part VIII |
| 54. Vanguard Total Bond Mkt 1x 1st Plus | A | Int./Div. | L | T | | | | | |
| 55. Vanguard 1st Tt St. Mkt Inx 1st Plus | D | Int./Div. | N | T | Buy (add'l) | 08/09/13 | L | | See Part VIII |
| 56. Wells Fargo Deposit Account | A | Dividend | J | T | | | | | |
| 57. FRC Accounts: ___ Trust, ___ Trust, ___ IRA (See Part VIII) | E | Int./Div. | P1 | T | | | | | |
| 58. - 3M Company | | | | | Buy (add'l) | 05/01/13 | J | | |
| 59. -Amylin Pharmaceuticals (AMLN) | | | | | | | | | |
| 60. - AES Corporation (AES) | | | | | Buy (add'l) | 04/03/13 | J | | |
| 61. - ARM Holdings PLC (ARMH) | | | | | Buy | 11/14/13 | J | | |
| 62. - Access Midstream Partners (ACMP) | | | | | Buy (add'l) | 08/16/13 | J | | |
| 63. | | | | | Sold (part) | 1/31/13 | J | | |
| 64. - Aegerion Pharaaceuticals (AEGR) | | | | | Buy | 02/06/13 | J | | |
| 65. | | | | | Sold (part) | 05/29/13 | J | B | |
| 66. - Allscripts Healthcare Solution (MDRX) | | | | | | | | | |
| 67. - Altria Group Inc (MO) | | | | | | | | | |
| 68. - Amarin Corp (AMRN) | | | | | Buy (add'l) | 11/07/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 7/31/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 12/31/13 | J | A | |
| 70. -Amazon.com Inc. (AMZN) | | | | | Sold | 01/22/13 | K | C | |
| 71. -Amgen Inc (AMGN) | | | | | | | | | |
| 72. - Apple Inc. (AAPL) | | | | | Buy (add'l) | 04/25/13 | J | | |
| 73. | | | | | Sold (part) | 12/31/13 | J | B | |
| 74. - Archer Daniels Midland (ADM) | | | | | Sold (part) | 10/22/13 | K | C | |
| 75. - Australia & NZ Bank (ANZ) | | | | | Sold (part) | 02/08/13 | J | A | |
| 76. - Automatic Data Processing, Inc (ADP) | | | | | Sold (part) | 03/08/13 | J | A | |
| 77. -BCE Inc. (BCE) | | | | | Buy | 08/15/13 | J | | |
| 78. - Bristol-Myers Squibb Co. (BMY) | | | | | Sold (part) | 09/19/13 | J | B | |
| 79. - Broadcom Corp (BRCM) | | | | | Buy (add'l) | 09/23/13 | J | | |
| 80. - Chipolte Mexican Grill (CMG) | | | | | | | | | |
| 81. - Chubb Group (CB) | | | | | Buy (add'l) | 03/21/13 | J | | |
| 82. | | | | | Sold (part) | 05/31/13 | J | B | |
| 83. - Church & Dwight Co, Inc (CHD) | | | | | Buy (add'l) | 10/04/13 | J | | |
| 84. | | | | | Sold (part) | 10/22/13 | J | E | |
| 85. - Coca-Cola Company (KO) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 7/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Columbia Large Cap Enhan Core FD (NMIX) | | | | | | | | | |
| 87. - Costco Wholesale Corp (COST) | | | | | | | | | |
| 88. - CREE Inc (CREE) | | | | | Buy (add'l) | 12/04/13 | K | | |
| 89. | | | | | Sold (part) | 10/14/13 | K | D | |
| 90. - Cross Timbers Royalty (CRT) | | | | | Buy (add'l) | 05/29/13 | J | | |
| 91. | | | | | Sold (part) | 12/31/13 | J | A | |
| 92. - DFA International Core Equity (DFIEX) | | | | | Buy (add'l) | 12/11/13 | J | | |
| 93. | | | | | Sold (part) | 11/06/13 | J | C | |
| 94. - DFA US Large Cap Value Portfolio (DFLVX) | | | | | Buy (add'l) | 12/11/13 | J | | |
| 95. - Deere & Company (DE) | | | | | Buy (add'l) | 07/05/13 | J | | |
| 96. - El Paso Pipeline Partners (EPB) | | | | | Buy | 11/12/13 | J | | |
| 97. - Emerson Electric Co. (EMR) | | | | | Buy (add'l) | 04/03/13 | J | | |
| 98. | | | | | Sold (part) | 02/01/13 | J | A | |
| 99. - Engility Holdings Inc | | | | | | | | | |
| 100. - Exxon Mobile Corp (XOM) | | | | | Buy (add'l) | 04/19/13 | J | | |
| 101. | | | | | Sold (part) | 12/31/13 | J | | |
| 102. - Fidelity National Info Srv (FIS) | | | | | Sold (part) | 06/04/13 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 7/31/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - Fifth Third Bank (FITB) | | | | | Buy (add'l) | 09/20/13 | J | | |
| 104. | | | | | Sold | 11/08/13 | J | A | |
| 105.  - Freeport-McMoRan Inc. (FCX) f/k/a Freeport McMoran Copper | | | | | Buy (add'l) | 10/25/13 | K | | |
| 106. | | | | | Sold (part) | 12/31/13 | K | A | |
| 107.  - First Eagle Overseas Fund (SGOVX) | | | | | | | | | |
| 108.  - Generac Holdings Inc (GNRC) | | | | | Buy (add'l) | 10/28/13 | J | | |
| 109.  - Genreal Electric (GE) | | | | | Buy | 03/26/13 | J | | |
| 110.  - Gentex Corp (GNTX) | | | | | Buy (add'l) | 01/17/13 | J | | |
| 111. | | | | | Sold (part) | 12/02/13 | J | B | |
| 112.  - Google Inc (GOOG) | | | | | Buy (add'l) | 10/10/13 | K | | |
| 113. | | | | | Sold (part) | 12/31/13 | K | B | |
| 114.  -Honeywell Intl Inc (HON) | | | | | Sold | 02/05/13 | J | A | |
| 115.  - Hudson Pacific Properties Inc (HPP) | | | | | Buy (add'l) | 11/07/13 | J | | |
| 116. | | | | | Sold (part) | 02/01/13 | J | A | |
| 117.  - IBM Corp (IBM) | | | | | Buy (add'l) | 10/04/13 | J | | |
| 118.  - Illumina Inc (ILMN) | | | | | Buy (add'l) | 10/08/13 | J | | |
| 119. | | | | | Sold (part) | 12/31/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 7/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Intel Corp (INTC) | | | | | Buy (add'l) | 07/10/13 | K | | |
| 121. | | | | | Sold (part) | 10/14/13 | K | A | |
| 122.  - International Flavors & Frag. (IFF) | | | | | Sold (part) | 10/14/13 | J | A | |
| 123.  - Intuit Inc (INTU) | | | | | | | | | |
| 124.  - Johnson & Johnson (JNJ) | | | | | Sold (part) | 07/18/13 | J | B | |
| 125.  - Keurig Grem Mountain INC (GMCR) | | | | | Buy | 07/03/13 | J | | |
| 126.  - Kinder Morgan Energy Partners (KMP) | | | | | Buy (add'l) | 07/23/13 | J | | |
| 127.  - Kinder Morgan Inc (KMI) | | | | | Buy | 09/18/13 | J | | |
| 128.  - Kraft Food Group Inc (KRFT) | | | | | | | | | |
| 129.  -L-3 Communications | | | | | Sold (part) | 08/07/13 | J | B | |
| 130.  - MPLX | | | | | Buy | 08/16/13 | J | | |
| 131.  - Manitowoc Company Inc | | | | | Buy | 10/10/13 | J | | |
| 132.  - Martina Marietta Materials Inc (MLM) | | | | | | | | | |
| 133.  - Mastercard Inc | | | | | Buy | 07/18/13 | J | | |
| 134.  - Merck & Co, Inc. (MRK) | | | | | Buy (add'l) | 05/17/13 | K | | |
| 135.  - Microsoft Corp (MSFT) | | | | | Buy (add'l) | 08/16/13 | J | | |
| 136.  - Mondelez International Inc (MDLZ) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 7/31/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. - Monsanto Co. (MON) | | | | | | | | | |
| 138. - Nestle S.A. ADR (NSRGY) | | | | | Buy (add'l) | 10/10/13 | J | | |
| 139. | | | | | Sold (part) | 03/21/13 | J | | |
| 140. - Newmont Mining Corp (NEM) | | | | | Buy (add'l) | 01/31/13 | J | | |
| 141. | | | | | Sold | 12/31/13 | J | A | |
| 142. - Nokia Corp (NOK) | | | | | Buy (add'l) | 05/22/13 | J | | |
| 143. | | | | | Sold (part) | 09/27/13 | J | A | |
| 144. - Norfolk Southern Corp (NSC) | | | | | Buy (add'l) | 06/14/13 | J | | |
| 145. | | | | | Sold (part) | 12/02/13 | J | A | |
| 146. - Norvartis AG (NVON) | | | | | | | | | |
| 147. - Novo-Nordisk A/S (NVO) | | | | | Buy (add'l) | 11/01/13 | J | | |
| 148. | | | | | Sold (part) | 12/31/13 | J | A | |
| 149. - OmniVision Technologies (OVTI) | | | | | Buy (add'l) | 12/10/13 | K | | |
| 150. | | | | | Sold (part) | 06/03/13 | K | A | |
| 151. - Oracle Corp (ORCL) | | | | | Buy (add'l) | 07/18/13 | J | | |
| 152. | | | | | Sold (part) | 11/25/13 | J | A | |
| 153. -Paychex Inc (PAYX) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 7/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  - Pfizer, Inc (PFE) | | | | | Buy (add'l) | 07/01/13 | J | | |
| 155. | | | | | Sold (part) | 06/03/13 | J | A | |
| 156.  - Philip Morris Intl (PM) | | | | | Buy (add'l) | 07/09/13 | J | | |
| 157.  - Phillips 66 (PSX) | | | | | Buy (add'l) | 07/01/13 | J | | |
| 158. | | | | | Sold (part) | 11/27/13 | J | A | |
| 159.  - Potash Corp Saskatch (POT) | | | | | Buy (add'l) | 10/04/13 | J | | |
| 160. | | | | | Sold (part) | 11/27/13 | J | A | |
| 161.  - Principal Financial Group (PFG) | | | | | | | | | |
| 162.  - ProShares Ultra Short Leh 20+Trea (TBT) | | | | | Sold | 08/06/13 | J | A | |
| 163.  - QualComm Inc (QCOM) | | | | | Buy (add'l) | 04/25/13 | K | | |
| 164. | | | | | Sold (part) | 12/23/13 | K | A | |
| 165.  - Roche Holding Ltd | | | | | Sold (part) | 12/31/13 | J | B | |
| 166.  - Sabine Royalty Trust (SBR) | | | | | Buy (add'l) | 07/23/13 | K | | |
| 167.  - Schlumberger LTD (SLB) | | | | | Buy (add'l) | 03/18/13 | J | | |
| 168. | | | | | Sold (part) | 10/14/13 | J | A | |
| 169.  - Sigma-Aldrich Corp (SIAL) | | | | | Buy (add'l) | 04/19/13 | J | | |
| 170. | | | | | Sold (part) | 07/16/13 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 7/31/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period (1) | (2) | C. Gross value at end of reporting period (1) | (2) | D. Transactions during reporting period (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|---|---|---|---|
| 171. - Schwab Value Advantage Money Fund (SWVXX) | | | | | | | | | |
| 172. - State Street Corp (STT) | | | | | Sold (part) | 05/28/13 | J | C | |
| 173. - Suncor Energy (SU) | | | | | Buy (add'l) | 03/28/13 | J | | |
| 174. - T Rowe Price Group Inc (TROW) | | | | | Buy (add'l) | 03/21/13 | J | | |
| 175. | | | | | Sold (part) | 11/25/13 | J | A | |
| 176. - Toronto & Bell Corp (TNB) | | | | | | | | | |
| 177. - U.S. Bancorp (USB) | | | | | Buy | 04/09/13 | J | | |
| 178. | | | | | Sold | 07/12/13 | J | A | |
| 179. | | | | | Buy | 08/07/13 | M | | |
| 180. | | | | | Buy (add'l) | 07/09/13 | K | | |
| 181. | | | | | Sold (part) | 05/29/13 | N | A | |
| 182. - Union Pacific Corp (UNP) | | | | | Buy (add'l) | 10/17/13 | K | | |
| 183. | | | | | Sold (part) | 12/31/13 | K | B | |
| 184. | | | | | | | | | |
| 185. - United Technologies Corp (UTX) | | | | | Sold (part) | 12/31/13 | | B | |
| 186. - Valero (VLO) | | | | | Buy (add'l) | 12/06/13 | J | | |
| 187. - Vanguard Short-Term Bond ETF (BSV) | | | | | Buy | 01/28/13 | K | | |

1. Income Gain Codes: A =$1,000 or less — B =$1,001 - $2,500 — C =$2,501 - $5,000 — D =$5,001 - $15,000 — E =$15,001 - $50,000
2. Value Codes: J =$15,000 or less — K =$15,001 - $50,000 — L =$50,001 - $100,000 — M =$100,001 - $250,000
3. Value Method Codes: Q =Appraisal — R =Cost (Real Estate Only) — S =Assessment — T =Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 7/31/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, int.) | (1) Value Code 2 (J-P) | (2) Value Method (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 03/01/13 | K | A | |
| 189. - Vanguard Total Bond Market Index Fund (VBMFX) | | | | | Sold | 05/07/13 | K | | |
| 190. - Altria Group Inc (MO) | | | | | | | | | |
| 191. - Vornado Realty Trust (VNO) | | | | | Buy (add'l) | 12/26/13 | J | | |
| 192. | | | | | Sold (part) | 10/22/13 | J | A | |
| 193. - W.R. Berkley Corp (WRB) | | | | | Sold (part) | 03/07/13 | J | B | |
| 194. - Williams Partners (WPZ) | | | | | Buy | 11/01/13 | J | | |
| 195. - Walter Energy, Inc (WLT) | | | | | | | | | |
| 196. - Xilinx Inc (XLNX) | | | | | Sold (part) | 07/23/13 | J | C | |
| 197. - Wright Medical Group, Inc (WMGI) | | | | | Buy (add'l) | 12/26/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lafferty, William J. | 7/31/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

In description of filer's Investments and Trusts, lines 5 through 13 (Howard Rice Investment Funds, Nos. 1-9). The entities described are limited liability companies or limited partnerships formed years ago by filer's former employer, the law firm Howard Rice Nemerovski Canady Falk & Rabkin, that remain in existence and in which filer has a relatively nominal but continuing interest. The entities are managed by third parties who have complete control over, inter alia, all asset acquisition or disposition issues. Filer has no control or management powers with respect to these entities or their assets.

In description of filer's Investments and Trusts lines 14 and 15. The funds attributable to filer in the Howard Rice Profit Sharing Plan and the Howard Rice 401(k) Plan were "rolled over" into filer's 401(k) Plan as administered by Fairfiled Bush & Co. in a transaction dated March 15, 2913. For accounting purposes, filer's interest in the Profit Sharing and 401(k) accounts were reduced to cash, and the cash was delivered to Fairfield Bush, and has been invested by them since that time, as reflected in the description of transactions in Part VII of this report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ William J. Lafferty

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544